UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JULIE K. AHLER,

      Defendant.

_____/

Case No. 02-70141

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

**ORDER ADOPTING REPORT AND RECOMMENDATION [20] AND DENYING DEFENDANT'S MOTION TO LOWER WITHHOLDING [15]**

A consent judgment was entered against Defendant in this student loan case on March 7, 2002. On August 14, 2015, Defendant filed a Motion to Lower Withholding [Dkt. #15], asking the Court to order installment payments on the consent judgment in an amount less than the current garnishment of 25% of her wages. The government filed a Response [19] on September 3, 2015. On October 6, 2015, the Magistrate Judge issued a Report and Recommendation [20] recommending that the Court deny Defendant's motion. Defendant has not filed any objection.

1

The Court having reviewed the record, the Report and Recommendation is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Lower Withholding [15] is **DENIED**.

    **SO ORDERED**.

                                            s/Arthur J. Tarnow
                                            Arthur J. Tarnow
Dated: October 26, 2015            Senior United States District Judge